### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRON MASON MOORE | CRIMINAL ACTION<br>NO. 18-00474-1 |

### **ORDER**

**AND NOW**, this 21st day of July 2020, upon consideration of Terron Mason Moore's Motion for Release (ECF No. 34) and the government's Response (ECF No. 39), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1