IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRON MASON MOORE | CRIMINAL ACTION<br>NO. 18-474 |

## ORDER

**AND NOW**, this 29th day of January 2021, upon consideration of Terron Mason Moore's *pro se* Motion for Compassionate Release, (ECF No. 42), and the Government's Response, (ECF No. 44), and associated exhibit, (ECF No. 45), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.